UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
LOCAL NO. 5 AND LOCAL NO. 602      :
TRUST FUND COLLECTION COMMITTEE    :
et al.,                            :
                                   :
              Plaintiffs,          :   Case No. 1:00cv00691
                                   :
      v.                           :
                                   :
ALL SEASON CONTROL, INC.,          :
                                   :
              Defendant.           :
```

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

OCT 18 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

### NOTICE AND STIPULATION OF DISMISSAL

Plaintiffs, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss this action against the Defendant with prejudice. This Notice and Stipulation is signed by the attorneys for all parties who have appeared in this action.

Respectfully submitted,

Dated: ~~August~~ October 10, 2000      By: _____
                                            R. Richard Hopp, Bar #07363
                                            **O'DONOGHUE & O'DONOGHUE**
                                            4748 Wisconsin Avenue, N.W.
                                            Washington, DC 20016
                                            (202) 362-0041 - Telephone
                                            (202) 237-1200 - Facsimile

                                            Attorneys for Plaintiffs

Dated: August 14th, 2000               By: _Adam C. Harrison/pjk_
                                            Adam C. Harrison, Bar #09416
                                            **LAW OFFICES OF ADAM C. HARRISON, PC**
                                            40 West Chesapeake Avenue, Suite 405
                                            Towson, MD 21204
                                            (410) 832-0000 – Telephone
                                            (410) 832-9929 – Facsimile

                                            Attorneys for Defendant

APPROVED.
_AMDav_
10/23/2000

LAW OFFICES
# O'DONOGHUE & O'DONOGHUE

DONALD J. CAPUANO
JAMES R. O'CONNELL (D.C. & MD.)
ROBERT MATISOFF
JOYCE A. MADER (D.C. & PA.)
SALLY M. TEDROW
BRIAN A. POWERS
JOHN L. BOHMAN
FRANCIS J. MARTORANA (D.C., MD. & VA.)
NICHOLAS R. FEMIA (D.C. & PA.)
ELLEN O. BOARDMAN
CHARLES W. GILLIGAN (D.C. & MD.)
LOUIS P. MALONE III
JOHN LEARY (D.C. & PA.)
MARY C. FELLER (D.C. & PA.)
JOHN R. HARNEY (D.C., MD. & VA.)

PHYLLIS C. BORZI
EARL V. BROWN, JR.
   OF COUNSEL

4748 WISCONSIN AVENUE, N.W.
WASHINGTON, D.C. 20016
(202) 362-0041
FAX (202) 362-2640

9 NORTH ADAMS STREET
ROCKVILLE, MD. 20850
(301) 251-0929

CONSTITUTION PLACE
SUITE 515
325 CHESTNUT STREET
PHILADELPHIA, PA. 19106
(215) 629-4970

500 NORTH WASHINGTON STREET
ALEXANDRIA, VA 22314
(703) 838-2144

R. RICHARD HOPP (D.C. & MD.)
GERARD M. WAITES (D.C. & PA.)
MARK W. KUNST (D.C. & MD.)
NANCY M. JUDA (D.C. & MD.)
DINAH S. LEVENTHAL (D.C. & MD.)
TERESA W. MURRAY (D.C. & MD.)
KIMBERLEY K. DUSTIN (D.C. & VA.)
JEAN M. KELLY
ROBERT P. CURLEY (PA. ONLY)
DANIEL J. McNEIL
KEITH R. BOLEK (D.C. & MD)
DAVID D. CAPUANO (PA. ONLY)
TODD B. CASTLETON (D.C. & VA.)

MARTIN F. O'DONOGHUE
(1902-1973)
PATRICK C. O'DONOGHUE
(1930-1979)
JOSEPH P. BOYLE
(1954-1998)

October 16, 2000

Clerk of the Court
United States District Court for the
   District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

   Re:  Local No. 5 and Local No. 602 Trust Fund Collection
        Committee, et al. v. All Season Control, Inc.

   Enclosed please find the original and two (2) copies of Notice and Stipulation of Dismissal for filing in the above-referenced matter.

   Please return a stamped copy in the enclosed self-addressed stamped envelope.

   If you should have any questions, please contact the undersigned or Donna Overkott Spell, paralegal.

                                        Very truly yours,

                                        R. Richard Hopp

RRH:DJOS:prj

Enclosures
cc: Sandy Macek (w/encl.)
    William C. Lamm (w/encl.)
    Megan Parsons (w/encl.)
    Louis P. Malone, III
    Adam C. Harrison, Esq.(w/encl.)